The People of the State of New York, Respondent, 
against
Bekim Bisha, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Heidi C. Cesare, J.), rendered March 7, 2017, after a nonjury trial, convicting him of attempted forcible touching and sexual abuse in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Heidi C. Cesare, J.), rendered March 7, 2017, affirmed.
The verdict convicting the defendant of attempted forcible touching (see Penal Law §§ 110/130.52) and sexual abuse in the third degree (see Penal Law § 130.55) was not against the weight of the evidence (see People Danielson, 9 NY3d 342 [2007]). There is no basis for disturbing the court's credibility determinations, in which it credited the police officers' eyewitness testimony, and found defendant not to be credible (see People v Ramos, 166 AD3d 442 [2018]). Nor was the officers' account of the subway incident so implausible as to be incredible as a matter of law (see People v Garafolo, 44 AD2d 86, 88 [1974]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
 
Decision Date: February 22, 2019